IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAREN ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3351 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security Administration, | ) ) ) ) | |
| Defendant. | ) | |

This matter is an appeal from the Appeals Council of the Social Security Administration. Now that an answer has been filed and the record deposited with the clerk of the court, this case should be progressed. Accordingly,

**IT IS ORDERED:**

1. This case shall be resolved pursuant to the following briefing schedule:
    a. The plaintiff shall file a brief by September 1, 2005.
    b. The defendant shall file a brief by October 7, 2005.
    c. The plaintiff may file a reply brief by November 3, 2005.
    d. This case shall be ripe for decision on November 4, 2005.
2. Briefs shall set forth the basis for affirming or reversing the decision of the Commissioner and shall include a detailed analysis of the administrative record, including pinpoint citations to supporting authorities and the administrative record.

DATED this 5th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge