IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN ARNOLD,<br><br>           Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br>JoAnne B. Barnhart, Commissioner,<br><br>           Defendant. | 4:04CV3351<br><br>ORDER |

Before the court is plaintiff's motion for extension of time to file brief, Filing No. 17. For good cause shown, the motion will be granted.

IT IS ORDERED:

1) Plaintiff is granted an additional thirty days, until **October 3, 2005,** in which to file her brief; and

2) Defendant shall respond within thirty (30) days thereafter.

DATED this 30th day of August, 2005.

BY THE COURT:

s/Joseph F. Bataillon
Joseph F. Bataillon
United States District Judge